GREGORY T. HIGHNOTE (#144627)
BANKRUPTCY LEGAL GROUP
501 W. BROADWAY ST., STE. 510
SAN DIEGO, CA 92101

TELEPHONE: (619) 233-4415
FAX:       (619) 233-4428

Attorney for Debtor,
IRAJ MOHMADI

# UNITED STATES BANKRUPTCY COURT,

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>IRAJ MOHMADI,<br><br>      Debtor. | ) Case No.: 20-00997-MM13<br>)<br>) **MOTION TO EXTEND THE AUTOMATIC STAY**<br>)<br>) DATE: March 19, 2020<br>) TIME: 10:00 am<br>) DEPT: 1<br>) ROOM: 218 |

**TO: HON. MARGARET M. MANN, CHIEF JUDGE OF THE UNITED STATES BANKRUPTCY COURT; THOMAS H. BILLINGSLEA, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

IRAJ MOHMADI, Debtor herein, by and through their attorney, Gregory T. Highnote, hereby submits this Motion for an Order Extending the Automatic Stay as to all creditors.

The Debtor filed the petition in this matter on February 27, 2020. The First Meeting of Creditors is scheduled for April 10, 2020.

The Debtor previously filed a Chapter 13 Petition in case number 19-02067-MM13 on April 11, 2019. The case was dismissed on December 10, 2019 for failure to make plan payments. This

was the only case the Debtor had pending within the last 12 months.

The Debtor's prior bankruptcy was filed to save his home after a lengthy illness. He fell behind in his trustee payments as result of clients in his consulting business failing to pay him. The Debtor has overcome this setback, and is back to work full time. Therefore, he believes that he has an excellent chance of completing the present bankruptcy, and that he has filed this case in good faith.

Accordingly, the Court is respectfully requested to grant Debtor's Motion to Extend the Automatic Stay.

DATED: February 28, 2020      By:  /S/ GREGORY T HIGHNOTE,
                                   GREGORY T HIGHNOTE,
                                   Attorney for Debtors